UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERESA CARVALHO

Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
Defendant.

Case No.: 04-cv-11832PBS

### FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is GUS, PLC ("GUS").

2. Subsidiaries Not Wholly Owned: Experian does not have any subsidiaries which fall into this category.

3. Publicly Held Companies: GUS owns 100 percent of Experian. GUS is publicly traded on the London Stock Exchange.

Dated: October 26, 2004

Respectfully submitted,

_____
Robert S. White, Esq., BBO# 552229
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609

Christine E. Jennings, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3732
Facsimile: (212) 755-7306

Attorneys for Defendant Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I, ROBERT S. WHITE, HEREBY CERTIFY THAT ON OCTOBER 26, 2004, A TRUE AND CORRECT COPY OF DEFENDANT EXPERIAN INFORMATION SOLUTION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT WAS SENT TO:

VIA FEDEX:

TERESA CARVALHO
346 BUFFINTON STREET
SOMERSET, MA 02726
TEL: (508) 676-9763

_____
ROBERT S. WHITE