UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Teresa Carvalho
        Plaintiff,                              CIVIL ACTION
                                                  NO.   04-11832-PBS
     v.

Experian Information Solutions, Inc.
        Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                        December 9, 2004

      At the request of the parties, the Scheduling Conference  previously scheduled for December 16, 2004 , has been **rescheduled** to **January 20, 2005, at 2:00 p.m.**

                                                                                        By the Court,

                                                                       ./s/ Robert C. Alba
                                                                       Deputy Clerk

Copies to:  All Counsel

resched.ntc