UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERESA CARVALHO,

Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

Defendant.

Case No.: 04-cv-11832PBS

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by its Attorney, Robert S. White, moves this Court to admit Attorney Christine E. Jennings of Jones Day, 222 East 41st Street, New York, NY 10017-6702, to appear, defend and practice in this case as co-counsel on behalf of Experian.

Attorney Jennings is a member in good standing of the Bar of the State of New York and the United States District Courts for the Southern, Eastern, and Western Districts of New York. There are no disciplinary proceedings pending against Attorney Jennings in any jurisdiction. Attorney Jennings is familiar with the Local Rules of this Court.

WHEREFORE, Experian respectfully requests that this Court admit Attorney Christine E. Jennings to appear, defend and practice in this case as co-counsel on behalf of Experian. In support of this Motion, Experian submits the Affidavit of Christine E. Jennings.

NYI-2176325v1

- 2 -

                      Respectfully submitted,

                      EXPERIAN INFORMATION SOLUTIONS, INC.
                      By its Attorney:

                      /s/ Robert S. White
                      Robert S. White (BBO#552229)
                      Bourgeois, Dresser, White & Beard
                      4 Dix Street
                      Worcester, MA 01609
                      Telephone: 508-798-8801
                      Fax: 508-754-1943

Dated: January 7, 2005

NYI-2176325v1

## CERTIFICATE OF SERVICE

Robert S. White, a lawyer admitted to the bar of this Court, certifies and declares under penalty of perjury that on January 7, 2005, he caused the foregoing motion to be served by first-class U.S. mail, properly addressed, to the following:

>Teresa Carvalho
>346 Buffington Street
>Somerset, MA 02726
>Tel: (508) 676-9763
>*Plaintiff Pro Se*

>Robert S. White