UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA CARVALHO,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 04-cv-11832PBS |

## AFFIDAVIT OF CHRISTINE E. JENNINGS IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK   )
                                             )
COUNTY OF NEW YORK  )

Christine E. Jennings, being duly sworn, states as follows:

1. I am an Associate in the law firm of Jones Day, 222 East 41st Street, New York, NY 10017-6702.

2. I am admitted to practice before the Courts listed below and I am currently a member in good standing of all these Courts: the State of New York, and the United States District Courts for the Southern, Eastern, and Western districts of New York. A Certificate of Good Standing, dated January 4, 2005 is annexed to this Affidavit.

3. I have never been censured, suspended, disciplined or disbarred by any Court.

4. I have never been held in contempt of Court.

5. I do not have any disciplinary action, contempt or other proceedings involving me

pending before any Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), a Defendant in the above captioned matter. Local counsel will be Robert S. White, Esquire, BOURGEOIS, DRESSER, WHITE, & BEARD, 4 Dix Street, Worcester, Massachusetts 01609.

_____
Christine E. Jennings
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on January 6, 2005.

_____
Notary Public
My Commission Expires: 11/24/05

ANDREA T PAYNE
Notary Public, State of New York
No. 01PA5088682
Qualified in Queens County
Certificate Filed in New York County
My Commission Expires 11/24/05

NYI-2176325v1

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

__CHRISTINE  ELIZABETH  JENNINGS__, Bar # _____CJ6850_____

was duly admitted to practice in this Court on

__AUGUST  13th,  2002__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York        on   JANUARY 4th, 2005

__J. MICHAEL McMAHON__
Clerk

by: _____
Deputy Clerk