UNITED STATES DISTRICT COURT
District of Massachusetts

TERESA CARVALHO,

      Plaintiff,

v.                                  Case No.: 04-11832-PBS

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

FILED
In Open Court
USDC, Mass.
Date 1-20-05
By

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

                                      Experian Information Solutions, Inc, Defendant

                                      Ellen O'Connor, BBO # 651523
                                      Bourgeois, Dresser, White & Beard
                                      4 Dix Street
                                      Worcester, MA 01609
                                      Tel. 508-798-8801
                                      Fax: 508-754-1943

                                      -and-

F:\docs\ExperiTC\experiTC.003

        Christine E. Jennings, Esquire, *Pro Hac Vice*
        JONES DAY
        222 E. 41st Street
        New York, New York 10017
        Tel. 212-326-3958
        Fax: 212-755-7306

Dated: Worcester, MA
       January 20, 2005

## CERTIFICATE OF SERVICE

Ellen O'Connor, attorney for Defendant, certifies and declares under penalty of perjury that on January 20, 2005 she caused the foregoing document to be served via hand-delivery and first class U.S. mail, properly addressed, to the following:

        Teresa Carvalho
        346 Buffinton Street
        Somerset, MA 02726
        508-676-9763
        Plaintiff, *Pro Se*

        _____
        Ellen O'Connor