UNITED STATES DISTRICT COURT
District of Massachusetts

TERESA CARVALHO,

Plaintiff,

Case No.: 04-11832-PBS

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

### ASSENTED-TO MOTION TO CONTINUE HEARING

Plaintiff and Defendant hereby assent to the continuation of the February 3, 2005 hearing currently scheduled in the above-captioned case. As grounds therefore, the parties state that additional time is needed in order to work out a possible settlement of this matter. The parties respectfully request that this Court continue the hearing for an additional two weeks or to any other time the Court sees fit.

F:\docs\ExperiTC\experitc.004

ASSENTED TO:

Teresa Carvahlo, *Pro Se* Plaintiff

/s/ Teresa Carvahlo (By RSW)

Teresa Carvahlo
346 Buffinton Street
Somerset, MA 02726
508-676-9763

Experian Information Solutions, Inc.
By its attorneys

/s/ Robert S. White

Robert S. White, BBO #552229
Ellen O'Connor, BBO # 651523
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Tel. 508-798-8801
Fax 508-754-1943

-and-

Christine Jennings, Esquire, Pro Hac Vice
JONES DAY
222 E. 41st Street
New York, New York 10017
Tel. 212-326-3958
Fax: 212-326-3958

Date: Worcester, MA
February 2, 2005

F:\docs\ExperiTC\experitc.004