UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA CARVALHO,<br>        PLAINTIFF<br><br>V.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>        DEFENDANT | Civil Action No. 04-CV-11832PBS |

## MOTION TO CONTINUE

Plaintiff respectfully requests a continuance with respect to entry of the Order for Dismissal for an additional thirty days or at such time as the Court deems necessary.

The Plaintiff requests this continuance in order to continue settlement negotiations with Experian Information Solutions, Inc.

Dated this 18 day of March, 2005.

Teresa Carvalho
346 Buffinton Street
Somerset, MA 02726
(508) 676-9763
(pro se)

## CERTIFICATE OF SERVICE

Plaintiff, Teresa Carvalho, certifies and declares under penalty of perjury that on March 18, 2005, she caused the foregoing document to be sent via first class mail to the following:

| | |
|---|---|
| Christin E. Jennings, Esq. | Ellen O'Connor |
| JONES DAY | Bourgeois, Dresser, White & Beard |
| 222 E. 41st. Street | 4 Dix Street |
| New York, NY 10017 | Worcester, MA 01609 |